UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-16482 |
| | ) | |
| WILLIAM SCHUMACKER | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

## ORDER VACATING ORDER MODIFYING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Order Modifying the Automatic Stay and Withdrawing Request for Dismissal, Docket Number 38, is vacated.

2) The automatic stay as to Wells Fargo Bank, NA. is reinstated.

3) Payments are to resume as to Wells Fargo Bank's, N.A. on its secured claim.

4) The claim of Wells Fargo is Reinstated and the trustee is directed to make payments on the proof of claim of Wells Fargo.

Enter:

*/s/ Deborah L. Thorne*
United States Bankruptcy Judge

Dated: 18 OCT 2017

**Prepared by:**
Jason Cotey
IARDC#6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko